IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THOMAS A. SIMONIAN, | ] |
| Relator, | ] 1:10-cv-01263 |
| v. | ] |
| | ] Hon. John F. Grady |
| EDGECRAFT CORP. | ] |
| | ] **Jury Demand** |
| Defendant. | ] |

### RELATOR'S NOTICE OF SUPPLEMENTAL AUTHORITY

Thomas A. Simonian, as *qui tam* relator on behalf of the United States of America ("Relator"), respectfully submits this Notice of Supplemental Authority. Relator files this Notice in order to bring to the Court's attention a recent decision by the United States Courts of Appeals for the Federal Circuit in the appeal of *Pequinot v. Solo Cup Co.,* No. 2990-1547 (June 10, 2010). The *Pequinot* decision was issued after Relator's Response to Defendant's Motions to Dismiss, Stay, and Transfer was filed with the Court. (Dkt. Nos. 29-31). A copy of the Federal Circuit's opinion is attached hereto as Exhibit A.

Respectfully submitted,

By: /s/ John P. Bjork

| | | |
|---|---|---|
| Joseph M. Vanek | Bruce S. Sperling | Martin Goering |
| John P. Bjork | Robert D. Cheifetz | Jessica E. Rissman |
| Vanek, Vickers & Masini | Sperling & Slater, P.C. | Eugene M Cummings PC |
| 111 S. Wacker Drive, Suite 4050 | 55 W. Monroe, Suite 3200 | One North Wacker Drive |
| Chicago, Illinois 60606 | Chicago, Illinois 60603 | Chicago, IL 60060 |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 16, 2010, a true and correct copy of **RELATOR'S NOTICE OF SUPPLEMENTAL AUTHORITY** was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

/s/ John P. Bjork

John P. Bjork