IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THOMAS A. SIMONIAN, ] | |
| ] | |
| Relator, ] | 1:10-cv-01263 |
| v. ] | |
| ] | Hon. John F. Grady |
| EDGECRAFT CORP. ] | |
| ] | **Jury Demand** |
| ] | |
| Defendant. ] | |

## Notice Of Supplemental Authority

Thomas A. Simonian, as *qui tam* relator ("Relator"), respectfully submits the attached supplemental authority in support of his Response to the Motions to Dismiss and Stay filed by Defendant Edgecraft Corporation. (Dkt. Nos. 29-30).

With regard to the issues of whether the Relator has standing to bring this *qui tam* action and whether the Relator has properly stated a claim for relief under the applicable pleading standards, the Relator respectfully cites the Court to the following additional authority:

1. . Judge Solis' opinion in *Patent Compliance Group, Inc. v. Interdesign*, 10 C 0404 (N.D. Tex. June 28, 2010) **(Exhibit A)**, denying a motion to dismiss the relator's complaint for supposed lack of standing and insufficient pleading.

Respectfully submitted,

THOMAS A. SIMONIAN, as Relator

By /s/ John P. Bjork

Joseph M. Vanek
John P. Bjork
Vanek, Vickers & Masini
111 S. Wacker Drive, Suite 4050
Chicago, Illinois 60606

Martin Goering
Jessica E. Rissman
Eugene M. Cummings, P.C.
One North Wacker Drive, Suite 4130
Chicago, Illinois 60606

Bruce S. Sperling
Robert D. Cheifetz
Sperling & Slater, P.C.
55 W. Monroe, Suite 3200
Chicago, Illinois 60603
(312) 641-3200

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 9, 2010, a true and correct copy of **RELATOR'S NOTICE OF SUPPLEMENTAL AUTHORITY** was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

/s/ John Bjork

John Bjork